# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *<br>**MPF BAYFIELD ACQUISTION, LP,**<br>Plaintiff,<br>v.<br>**UNITED STATES,**<br>Defendant.<br>* * * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>* No. 17-2050C<br>* Filed: September 10, 2019<br>*<br>*<br>*<br>*<br>* |

**O R D E R**

The court is in receipt of the parties' September 10, 2019 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
    **Judge**